ANNA GIUSTO, appellant,

*v.*

LOUIS GIUSTO, respondent.

[Argued November 22d, 1912.   Decided March 5th, 1913.]

On appeal from a decree of the court of chancery advised by ·Vice-Chancellor Garrison, whose opinion is reported in *80 N. J. Eq. (10 Buch.) 355.*

*Mr. Amedeus Valente (Mr. Leon Abbett,* of counsel), for the respondent.

*Mr. John J. Fullon (Mr. Maurice J. Breen* with him), for the appellanᵧ.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Garrison.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDEN-BURGH, CONGDON, TREACY—11.

*For reversal*—None.